1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10

11   MELCHOR LLAMAS,                          CASE NO. 10cv95-MMA (WMc)

12                              Plaintiff,

13          vs.                               **ORDER ADOPTING REPORT AND
                                              RECOMMENDATION OF UNITED
14                                            STATES MAGISTRATE JUDGE**

15                                            [Doc. No. 13]

16   DOMINGO URIBE, JR., Warden,              **DENYING WITH PREJUDICE
                                              PETITIONER'S FIRST AMENDED
17                              Defendant.    PETITION FOR WRIT OF HABEAS
                                              CORPUS**

18
                                              [Doc. No. 4]
19

20          Petitioner Melchor Llamas, a state prisoner proceeding *pro se* and *in forma pauperis*, filed a

21   first amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Doc. No. 4],

22   challenging a September 3, 2008 decision by the California Board of Prison Terms denying his

23   request for parole.  Respondent filed an answer to the first amended petition [Doc. No. 9].  Petitioner

24   did not file a traverse, despite requesting and receiving an extension of time in which to do so [Doc.

25   Nos. 10 & 11].  The matter is currently before the Court for review of the Report and

26   Recommendation issued by United States Magistrate Judge William McCurine, Jr. recommending

27   that the first amended petition be denied [Doc. No. 13].

28   ///

10cv95

1    Judge McCurine issued a well reasoned and thorough Report recommending the first

2  amended petition be denied in its entirety.  Objections to the Report and Recommendation were due

3  no later than July 15, 2011.  To date, Petitioner has not filed any objections.

4    Where, as here, the case has been referred to the magistrate judge pursuant to 28 U.S.C. §

5  636, a district judge "may accept, reject, or modify the recommended disposition."  Fed. R. Civ. P.

6  72(b); see 28 U.S.C. § 636(b)(1).  "[T]he court shall make a *de novo* determination of those portions

7  of the [Report and Recommendation] to which objection is made."  28 U.S.C. § 636(b)(1); *see also*

8  Fed. R. Civ. P. 72(b).  "The statute makes it clear that the district judge must review the magistrate

9  judge's findings and recommendations *de novo* if objection is made, but not otherwise."  *United*

10  *States v. Reyna-Tapia*, 328 F.3d 1114,1121 (9th Cir. 2003) (en banc).  "Neither the Constitution nor

11  the statute requires a district judge to review, *de novo*, findings and recommendations that the parties

12  themselves accept as correct."  *Reyna-Tapia*, 328 F.3d at 1121.  Accordingly, a district court is

13  entitled to adopt a magistrate judge's report and recommendation based on the lack of objections.

14  Nonetheless, the Court has conducted a *de novo* review and agrees that the first amended petition

15  should be denied with prejudice.

16    Accordingly, in the absence of objections and after conducting a *de novo* review, the Court

17  **ADOPTS** the Report and Recommendation in its entirety and **DENIES WITH PREJUDICE**

18  Petitioner's first amended petition.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**CERTIFICATE OF APPEALABILITY**

"The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant."  Rule 11 foll. 28 U.S.C. § 2254.  A petitioner may not seek an appeal of a claim arising out of a state court detention unless the petitioner first obtains a certificate of appealability from a district judge or circuit judge under 28 U.S.C. § 2253.  Fed. R. App. Proc. 22(b).  Under 28 U.S.C. § 2253(c), a certificate of appealability will issue only if the petitioner makes a substantial showing of the denial of a constitutional right.

For the reasons set forth in detail in the Report and Recommendation, Petitioner has not made a substantial showing of the denial of a constitutional right.  Accordingly, a certificate of appealability should not issue in this action.

**IT IS SO ORDERED.**

DATED:  September 2, 2011

Hon. Michael M. Anello
United States District Judge